UNITED STATES BANKRUPTCY COURT
EASTERN & WESTERN DISTRICT OF ARKANSAS

RE:  WILLIAM AND VIRGINIA WACASTER                           NO.  4:05-bk-24906 M

**NOTICE OF OPPORTUNITY TO OBJECT TO MODIFIED PLAN AFTER CONFIRMATION**

You are hereby notified that the captioned debtors have filed the attached modification to the plan pursuant to 11 U.S.C. 1323 and Rule 3019 of the Rules of Bankruptcy Procedure 11 U.S.C. 1329.  Objections to the plan as modified must be filed with the Bankruptcy Court at 300 W. 2nd Street, Little Rock, AR 72201 in writing within 25 days from the date of this notice, with copies to the Counsel for the debtors and Jo-Ann Goldman, Trustee, P.O. Box 8202, Little Rock, AR 72221-8202.

If objections to the Plan as Modified are filed, they will be set for hearing by subsequent notice.  If no objections are received, the Plan as Modified may be confirmed without further notice or hearing.

**DICKERSON LAW FIRM, P.A.**
**PO BOX 6400**
**HOT SPRINGS, AR 71902**
**501-321-1535**
**FAX 501-321-2954**

Date:  November 20, 2006                               /s/ Jack W. Dickerson
                                                       **JACK W. DICKERSON BAR #91001**

CERTIFICATE OF MAILING

I, the undersigned, hereby certify that copies of the foregoing notice and attached Modification to Plan have been mailed to:

| | |
|---|---|
| Jo-Ann L. Goldman, Trustee | Mr. Neil Martin |
| P.O. Box 8202 | Internal Revenue Service |
| Little Rock, AR 72201-8202 | Special Procedures |
| | P.O. Box 21126 |
| Legal Division | Philadelphia, PA 19114 |
| Dept. of Finance & Administration | |
| P. O. Box 1272 | U.S. Attorney (Eastern District) |
| Little Rock, AR 72203 | P. O. Box 1229 |
| | Little Rock, AR 72203 |
| Legal Department | |
| Employment Security Division | U.S. Attorney (Western District) |
| P. O. Box 2981 | P. O. Box 1524 |
| Little Rock, AR 72203 | Fort Smith, AR 72902 |

and to all creditors whose names appear on the attached modification and/or creditor matrix:

/s/ Jack W. Dickerson
**Dickerson Law Firm, P.A.**

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

RE: WILLIAM AND VIRGINIA WACASTER          NO. 4:05-bk-24906 M

---

## MODIFICATION OF CHAPTER 13 PLAN

---

Come now the Debtors by and through their attorneys, Dickerson Law Firm, P.A., and for their modification to the original or modified Chapter 13 plan state:

1. **PAYMENT TO THE TRUSTEE:**

   THE DEBTORS PROPOSE TO PAY $ 75.00 PER MONTH TO THE TRUSTEE.

   [Indicate how often the Debtor is paid by checking the appropriate box below:]
   ( ) Weekly; (X) Bi-Weekly; ( ) Semi-Monthly; ( ) Monthly or ( ) Other

2. **THE PLAN LENGTH** shall remain the same.

   A debtor must pay all disposable income into the plan for the benefit of unsecured creditors for no less than 36 months (unless unsecured are being paid 100%) and the plan length shall not exceed 60 months. Length of Plan may be automatically extended by the Chapter 13 Trustee without further modification should such extension be necessary to adequately fund plan in order to carry out other provisions of the plan as set forth below.

3. **UNSECURED CREDITORS** are to be paid a PRO RATA dividend

   **(SPECIAL NON-PRIORITY UNSECURED DEBTS REMAIN UNAFFECTED)**

4. **ADDITION OF UNSECURED CREDITORS TO THE PLAN:**

   The following unsecured creditors are added to the plan. Each creditor must be classified as a "PRE - or "POST - " petition creditor.

   | | NAME/ADDRESS OF CREDITOR | CLASSIFICATION | AMOUNT OWED |
   |---|---|---|---|
   | 1. | UAMS College of Medicine<br>PO Box 251508<br>Little Rock, AR 72225-1508 | POST PETITION | $124.71 |

   **PRE-PETITION UNSECURED CREDITORS SHALL BE PAID A PRO RATA DIVIDEND.**

   **POST-PETITION UNSECURED CREDITORS SHALL BE PAID A PRO RATA DIVIDEND.**

5. **UNSECURED CREDITORS** shall be paid at least as much as they would receive under Chapter 7.

**6. ALL OTHER PROVISIONS AS SET FORTH IN THE LAST CONFIRMED PLAN REMAIN THE SAME.**

                                                                **Respectfully Submitted**
                                                                **DICKERSON LAW FIRM, P.A.**
                                                                **PO BOX 6400**
                                                                **HOT SPRINGS, ARKANSAS 71902**
                                                               **501-321-1535**

November 20, 2006          /s/ Jack W. Dickerson
DATE                          **JACK W. DICKERSON BAR #91001**